PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 North Sepulveda Boulevard
Manhattan Beach, CA 90266
Phone: (310) 363-2031
*Attorneys for Defendants Jeffrey Spiegel and Ryan Spiegel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN CARTER, on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SPIEGEL and RYAN SPIEGEL,<br><br>Defendants. | CASE NO.: 21-CV-03990<br><br>**DECLARATION OF RYAN SPIEGEL IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Date:       November 4, 2021<br>Time:       10:00 a.m.<br>Judge:      Hon. Thomas S. Hixson<br>Courtroom:  G – 15th Floor |

I, RYAN SPIEGEL, declare:

1. I am a Defendant in the above-entitled action and make this Declaration in support of the Defendants' Motion to Compel Arbitration and to Stay Proceedings.

2. I co-founded Fortune Film Fund, One, LLC ("FF1"), Fortune Film Fund, Two, LLC ("FF2") and SAC Advisory Group, LLC ("SAC") with my father, Defendant Jeffrey Spiegel.

3. I am an individual investor, having invested my own personal funds, and Managing Member of SAC. I have been an individual investor in and Managing Member of SAC continuously since its formation.

These facts are within my personal knowledge and if called as a witness I can competently testify thereto. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me, at Pleasant Hill, California, this **27** day of September, 2021.

*[signature]*
RYAN SPIEGEL