1  PATRICK BALDWIN, ESQ. (SBN 93337)
2  CHRISTOPHER MADER, ESQ. (SBN 199605)
   BALDWIN MADER LAW GROUP
3  516 North Sepulveda Boulevard
   Manhattan Beach, CA 90266
4  Phone: (310) 363-2031
5  *Attorneys for Defendants Jeffrey Spiegel and Ryan Spiegel*

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12
   JOCELYN CARTER, on behalf of a class    )  **CASE NO.: 21-CV-03990**
13 of similarly situated individuals,       )
                                            )  **DECLARATION OF JEFFREY**
14              Plaintiff,                   )  **SPIEGEL IN SUPPORT OF MOTION**
                                            )  **TO COMPEL ARBITRATION AND TO**
15     v.                                   )  **STAY PROCEEDINGS**
                                            )
16 JEFFREY SPIEGEL and RYAN                 )
17 SPIEGEL,                                 )  Date:       November 4, 2021
                                            )  Time:       10:00 a.m.
18              Defendants.                  )  Judge:      Hon. Thomas S. Hixson
                                            )  Courtroom:  G – 15th Floor
19                                          )
20 _____ )

21

22       I, JEFFREY SPIEGEL, declare:

23       1.      I am a Defendant in the above-entitled action and make this Declaration in

24 support of the Defendants' Motion to Compel Arbitration and to Stay Proceedings.

25       2.      Fortune Film Fund, One, LLC ("FF1") and Fortune Film Fund, Two, LLC

26

27 ("FF2") are California limited liability companies formed in February 2017 and October

28 2017, respectively.

3.      SAC Advisory Group, LLC ("SAC") is a California limited liability company formed in July 2014, and the Manager for FF1 and FF2.

4.      I co-founded SAC, FF1 and FF2 with my son, Defendant Ryan Spiegel.

5.      I am an individual investor, having invested my own personal funds, and Member of FF1 and FF2. I have been an individual investor in and Member of FF1 and FF2 continuously since co-founding each entity.

6.      I am also an individual investor, having invested my own personal funds, and Managing Member of SAC. I have been an individual investor in and Managing Member of SAC continuously since its formation.

7.      Attached hereto as **Exhibit A** are true and correct copies of the Operating Agreements for FF1, FF2 and SAC. The FF1 and FF2 Operating Agreements include as Section 9.2, a "Dispute Resolution" provision as follows:

> "**9.2 Dispute Resolution**. If a dispute arises between the Members relating to this Agreement, the Members agree to use the following procedure . . .: (a) A meeting shall be held promptly between the Members to attempt in good faith to negotiate a resolution . . .. (b) If . . . the parties have not succeeded in negotiating a resolution . . ., they will jointly appoint a mutually acceptable neutral person . . . (c) In consultation with the Mediator, the parties will select or devise an alternative dispute resolution procedure ('ADR') by which they will attempt to resolve the dispute, . . .. **If the parties are not successful in resolving the dispute through the ADR, then the parties shall submit the matter to binding arbitration** pursuant to Section 9.4 below." *Emphasis added.*

8.      The FF1 and FF2 Operating Agreements (**Exhibit A**) include as Section 9.4 an "Arbitration" provision, as follows:

> **9.4 Arbitration**. In the event of a dispute among the parties hereto, following good faith negotiations to resolve the same, **such dispute shall be settled by arbitration** in accordance with the Arbitration Rules of the American Arbitration Association ('AAA') providing for the most

expeditious method of arbitration resolution then offered by the AAA. . . . **The decision of the Arbitrator shall be binding upon the parties . . .. No action at law . . . based upon any claim arising out of or related to this Agreement shall be instituted in any court by any Member . . ..**" *Emphasis added.*

9.    Plaintiff Jocelyn Carter invested in and became a Member of FF2 on January 4, 2018.   Attached hereto as **Exhibit G** are true and correct copies of Plaintiff Carter's Subscription Agreement, wherein she attested and agreed as follows:

> "Subscriber acknowledges having read all supporting documents provide by the Company to Subscriber in connection with Subscriber's purchase of Preferred Units including the Company's Operating Agreement . . . Subscriber represents and warrants having read the Company's Operating Agreement and agrees that upon execution of the Company's Operating Agreement by the Manager's representative . . ., **Subscriber shall be contractually bound to the terms and conditions of the Operating Agreement**." *Emphasis added.*

10.    Every other Member of FF2 executed a Subscription Agreement identical in all material respects to the Subscription Agreement executed by Plaintiff Carter (**Exhibit G**).

11.    Every Member of FF1 executed an FF1 Subscription Agreement, which specifically incorporates the terms of the FF1 Operating Agreement.

12.    Every Member of SAC executed an SAC Subscription Agreement, which specifically incorporates the terms of the SAC Operating Agreement.

13.    The SAC Operating Agreement includes as Section 9.2, a "Governing Law; Arbitration" provision as follows:

> "**9.2 Governing Law; Arbitration**.   . . . [A]ny controversy between the parties arising out of this Agreement shall be submitted to the American Arbitration Association for arbitration in Contra Costa County, California. No action at law . . . based upon any claim arising out of or related to this Agreement shall be instituted in any court by any Member . . .."

14.    FF1, FF2 and SAC invested in 1inMM Capital, LLC ("1inMM"), a California limited liability company founded by Zachary Horwitz in or about 2013.

These facts are within my personal knowledge and if called as a witness I can competently testify thereto. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me, at Pleasant Hill, California, this 29 day of September, 2021.

JEFFREY SPIEGEL