1  PATRICK BALDWIN, ESQ. (SBN 93337)
2  CHRISTOPHER MADER, ESQ. (SBN 199605)
   BALDWIN MADER LAW GROUP
3  516 North Sepulveda Boulevard
   Manhattan Beach, CA 90266
4  Phone: (310) 363-2031
5  *Attorneys for Defendants Jeffrey Spiegel and Ryan Spiegel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN CARTER, on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SPIEGEL and RYAN SPIEGEL,<br><br>Defendants. | CASE NO.: 21-CV-03990<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY SPIEGEL IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Date:      November 4, 2021<br>Time:      10:00 a.m.<br>Judge:     Hon. Thomas S. Hixson<br>Courtroom: G – 15th Floor |

I, JEFFREY SPIEGEL, declare:

1. I am a Defendant in the above-entitled action and make this Declaration in support of the Defendants' Motion to Compel Arbitration and to Stay Proceedings.

2. Attached hereto as **Exhibit H** are true and correct copies of my Subscription Agreements for Fortune Film Fund, One, LLC ("FF1," which was formerly known as SAC Movie Fund One, LLC) and Fortune Film Fund, Two, LLC ("FF2").

These facts are within my personal knowledge and if called as a witness I can competently testify thereto. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me, at Pleasant Hill, California, this 18 day of October, 2021.

JEFFREY SPIEGEL

# Exhibit H

## SUBSCRIPTION AGREEMENT- SAC MOVIE FUND ONE LLC

**Subscription**

1. The undersigned subscriber ("**Subscriber**") having received and read the Confidential Information Statement of SAC Movie Fund One LLC, a California limited liability company (the "**Company**"), dated February 14, 2017 hereby subscribes to that number of the Company's Class A Preferred Units set forth below at the price of $1.00 per Preferred Unit.

**Representations and Warranties**

2. Subscriber acknowledges having read all supporting documents provided by the Company to Subscriber in connection with Subscriber's purchase of Preferred Units including the Company's Operating Agreement and understands and accepts the risks associated with such investment. Subscriber expressly warrants having reviewed the Investment Representations contained in the Company's Operating Agreement and agrees that such Investment Representations as applied to Subscriber are true and correct in all respects. Furthermore, Subscriber represents and warrants that Subscriber satisfies the investor suitability requirements set forth in the Company's Confidential Information Statement and the attached Verification of Status as Accredited Investor.

**Specific Power of Attorney**

3. Subscriber hereby appoints and designates any representative of SAC Advisory Group, LLC, the Company's Manager (the "**Manager**"), as Subscriber's attorney in fact and grants such representative the right and power to sign on behalf and in the name of Subscriber the Company's Operating Agreement. Furthermore, Subscriber represents and warrants having read the Company's Operating Agreement and agrees that upon the execution of the Company's Operating Agreement by the Manager's representative as provided in this Section 3 (Specific Power of Attorney), Subscriber shall be contractually bound to the terms and conditions of the Operating Agreement.

_ving Trust of Jeffrey B. Spiegel_
Name of Subscriber

Number of Class A Preferred Units

_[signature]_
Signature of Subscriber

Date: 3/22/17

Subscriber Information:
ID Number: ███
Address: ███
Phone: ███
Email: ███

Make all checks payable to: SAC Movie Fund One LLC.

Manager acknowledges full payment of the Membership Units subscribed hereunder.

_[signature]_
SAC MOVIE FUND ONE LLC
By: SAC Advisory Group, LLC
By: Ryan Spiegel, its Manager

Date: 3/22/17

## Verification of Status as Accredited Investor

INITIAL TO INDICATE IF THE STATEMENT IS TRUE OR FALSE, OR COMPLETE THE STATEMENT AS APPROPRIATE.

The Manager may require additional documentation to verify your status as an accredited investor.

1. A natural person with an individual Net Worth, or joint Net Worth with a spouse, in excess of $1,000,000 (excluding the value of your primary residence).

   X  ___
   True  False

2. A natural person (i) who has had an individual income in excess of $200,000 in each of the past two years or a joint income with a spouse in excess of $300,000 in those two years and (ii) who reasonably expects to reach the same income level in the current year.

   X  ___
   True  False

3. A corporation, partnership, tax exempt organization (under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended) or Massachusetts or similar business trust (i) not formed for the specific purpose of acquiring the securities to be offered in the Transaction and (ii) having total assets in excess of $5,000,000.

   ___  X
   True  False

4. An employee benefit plan (within the meaning of Title I of the Employee Retirement Income Security Act of 1974 ("ERISA")) (i) whose investment decision is made by a plan fiduciary, as defined in Section 3(21) of ERISA, which is either a bank, savings and loan association, insurance company or registered investment advisor, (ii) having total assets in excess of $5,000,000, or (iii) if a self directed plan, whose investment decisions are made solely by persons that are accredited investors.

   ___  X
   True  False

5. A trust with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the Units, where the purchase is directed by a "sophisticated person" as defined in Regulation 506(b)(2)(ii)

   ___  X
   True  False

6. My investment in the transaction does not exceed 10% of my net worth, exclusive of home, furnishings, and automobiles.

   X  ___
   True  False

## SUBSCRIPTION AGREEMENT- FORTUNE FILM FUND TWO LLC

### Subscription

1. The undersigned subscriber ("**Subscriber**") having received and read the Confidential Information Statement of Fortune Film Fund Two LLC, a California limited liability company (the "**Company**"), dated December 7, 2017 hereby subscribes to that number of the Company's Class A Preferred Units set forth below at the price of $1.00 per Preferred Unit.

### Representations and Warranties

2. Subscriber acknowledges having read all supporting documents provided by the Company to Subscriber in connection with Subscriber's purchase of Preferred Units including the Company's Operating Agreement and understands and accepts the risks associated with such investment. Subscriber expressly warrants having reviewed the Investment Representations contained in the Company's Operating Agreement and agrees that such Investment Representations as applied to Subscriber are true and correct in all respects.

### Specific Power of Attorney

3. Subscriber hereby appoints and designates any representative of SAC Advisory Group, LLC, the Company's Manager (the "**Manager**"), as Subscriber's attorney in fact and grants such representative the right and power to sign on behalf and in the name of Subscriber the Company's Operating Agreement. Furthermore, Subscriber represents and warrants having read the Company's Operating Agreement and agrees that upon the execution of the Company's Operating Agreement by the Manager's representative as provided in this Section 3 (Specific Power of Attorney), Subscriber shall be contractually bound to the terms and conditions of the Operating Agreement.

_Jeffrey Spiegel_
Name of Subscriber

_[signature]_
Signature of Subscriber

_[redacted]_
Number of Class A Preferred Units

_1/3/18_
Date

ID Number: _[redacted]_

Address: _[redacted]_

Phone: _[redacted]_

Email: _[redacted]_

Make all checks payable to: Fortune Film Fund Two LLC.

Manager acknowledges full payment of the Membership Units subscribed hereunder.

_[signature]_
FORTUNE FILM FUND TWO LLC
  By: SAC Advisory Group, LLC
    By: Ryan Spiegel, its Manager

_1/3/18_
Date