PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 North Sepulveda Boulevard
Manhattan Beach, CA 90266
Phone: (310) 363-2031
*Attorneys for Defendants Jeffrey Spiegel and Ryan Spiegel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN CARTER, on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>   v.<br><br>JEFFREY SPIEGEL and RYAN SPIEGEL,<br><br>                Defendants. | **CASE NO.: 21-CV-03990**<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY SPIEGEL IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Judge:     Hon. Thomas S. Hixson<br>Courtroom:  G – 15th Floor |

I, JEFFREY SPIEGEL, declare:

1.    I am a Defendant in the above-entitled action and make this Supplemental Declaration in support of the Defendants' Motion to Compel Arbitration and to Stay Proceedings.

2.    Attached hereto as **<u>Exhibit A</u>** is a true and correct copy the Counterpart Signature Page of the Fortune Film Fund, Two, LLC ("FF2") Operating Agreement that I executed in connection with my Membership and investment in FF2, which in turn was counter-signed by Ryan Spiegel as Manager of FF2.

3.    Attached hereto as **Exhibit B** is a true and correct copy the Accredited Investor Certification that I executed in connection with my Membership and investment in FF2.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the K-1 I received for tax year 2018 in connection with my Membership and investment in FF2.

5.    Attached hereto as **Exhibit D** is a true and correct copy of the K-1 I received for tax year 2019 in connection with my Membership and investment in FF2.

6.    Attached hereto as **Exhibit E** is a true and correct copy of the K-1 I received for tax year 2020 in connection with my Membership and investment in FF2.

These facts are within my personal knowledge and if called as a witness I can competently testify thereto. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me, at Pleasant Hill, California, this 15 day of December, 2021.

JEFFREY SPIEGEL

# Exhibit A

the Manager, he or she has furnished the Company with a written opinion of counsel, reasonably satisfactory to the Company, that such disposition will not require registration of any securities under the Securities Act or the consent of or a permit from appropriate authorities under any applicable state securities law.

10.5    Investment Risk.  He or she acknowledges that the Membership Interest is a speculative investment that involves a substantial degree of risk of loss by him or her of his or her entire investment in the Company, and that he or she understands and take full cognizance of the risk factors related to the purchase of the Membership Interest.

10.6    No Other Warranties.  He or she acknowledges that in connection with purchasing Units no oral or written representations have been made by the Company, Manager or any officer, employee, agent other than representations include in the Confidential Information Statement or this Agreement.

10.7    Inquiry Opportunity.  He or she has been given the opportunity to ask questions of, and receive answers from, the Manager concerning the terms and conditions of the purchase of Units and other matters pertaining to the investment in the Company in order to evaluate the merits and risks of the purchase of the Units.


IN WITNESS WHEREOF, this Agreement is executed as of the date first written above by the Manager on its own behalf and each Member executing a counterpart signature page.


**MANAGER:**

**SAC ADVISORY GROUP, LLC**
a California limited liability company


_____
Ryan Spiegel, Manager

16

COUNTERPART SIGNATURE PAGE

OF

OPERATING AGREEMENT

OF

FORTUNE FILM FUND TWO LLC

BY AND AMONG

FORTUNE FILM FUND TWO LLC

AND EACH MEMBER NAMED THEREIN

The undersigned hereby executes and delivers the operating agreement of Fortune Film Fund Two LLC, a California limited liability company, (the "Agreement") to which this Counterpart Signature Page is attached, effective as of the date of this Counterpart Signature Page, together with all other Counterpart Signature Pages of all the Agreement, shall constitute one and the same document in accordance with the terms of such Agreement.

Dated: __1 / 3__ , 2018

_Jeffry Spiegel_
Print Name of Member

_[signature]_
Signature

_____
Title, if applicable

Address:

__1560 Encirto Pl.__

__Walnut Creek, CA 94596__

Wire Instructions:

_____

_____

17

# Exhibit B

**SAC ADVISORY GROUP LLC**

To :   Prospective purchasers of Class A Membership Units (the **"Securities"**) offered by Fortune Film Fund Two LLC, a California limited liability company (the **"Company"**).

The Securities are being sold only to "accredited investors" (**"Accredited Investors"**) as defined in Rule 501(a) of Regulation D of the Securities Act of 1933, as amended (the **"Securities Act"**), in reliance on the exemption provided under Rule 506(c) of Reg. D of the Securities Act. In connection with your purchase of the Securities, we have attached the following documents to this cover letter for your review and consideration:

(i)     Confidential Information Statement;
(ii)    Subscription Agreement;
(iii)   Accredited Investor Representation Letter; and
(iv)    The Company's Operating Agreement

The purpose of the attached Accredited Investor Representation Letter (the **"Rep Letter"**) is to collect information from you to determine whether you are an Accredited Investor and otherwise meet the suitability criteria established by the Company for investing in the Securities. As part of verifying your status as an Accredited Investor, you may be asked to submit supporting documentation as described in the Letter. It is possible that you were not required to submit this type of information in past offerings in which you have participated. However, the nature of this offering, together with changes made to Regulation D in September 2013, impose additional obligations on the Company to verify that each investor is in fact an Accredited Investor. Accordingly, you must fully complete and sign the Rep Letter, and deliver all required supporting documentation, before the Company will consider your proposed investment.

By submitting the Rep Letter, you agree to provide all required supporting documentation within 60 days after the date that you submit the Rep Letter.

All of your statements in the Rep Letter and all required supporting documentation delivered by you or on your behalf in connection with the Letter (collectively, the **"Investor Information"**) will be treated confidentially. However, you understand and agree that the Company may present the Investor Information to such parties as it deems appropriate to establish that the issuance and sale of the Securities (a) is exempt from the registration requirements of the Securities Act or (b) meets the requirements of applicable state securities laws.

You understand that the Company will rely on your representations and other statements and documents included in the Investor Information in determining your status as an Accredited Investor, your suitability for investing in the Securities and whether to accept your subscription for the Securities.

The Company reserves the right, in its sole discretion, to verify your status as an Accredited Investor using any other methods that it may deem acceptable from time to time. However, you should not expect that the Company will accept any other such method. The Company may refuse to accept your request for investment in the Securities for any reason or for no reason.

i

Dear Fortune Film Fund Two LLC:

I am submitting this Accredited Investor Representation Letter (the "**Letter**") in connection with the offering of Class A Membership Units (the "**Securities**") of Fortune Film Fund Two LLC, a California limited liability company (the "**Company**"). I understand that the Securities are being sold only to accredited investors ("**Accredited Investors**") as defined in Rule 501(a) of Regulation D of the Securities Act of 1933, as amended (the "**Securities Act**").

I hereby represent and warrant to the Company that I qualify as an Accredited Investor on the basis that:

(You must choose Part A or B below and check the applicable boxes.)

A.     I am a NATURAL PERSON and:

(An investor using this Part A must check box (1) or (2).)

 (1)     **Income Test**: My individual income exceeded $200,000 in each of the two most recent years or my joint income together with my spouse exceeded $300,000 in each of those years;
**and**
I reasonably expect to earn individual income of at least $200,000 this year or joint income with my spouse of at least $300,000 this year.

To support the representation in A(1) above:

(You **must** check box (a), (b) or (c).)

 (a)     I will deliver to the Company copies of Form W-2, Form 1099, Schedule K-1 of Form 1065 or a filed Form 1040 for each of the two most recent years showing my income or my joint income with my spouse as reported to the IRS for each of those years. I understand that I may redact such documents to avoid disclosing personally identifiable information, such as Social Security numbers, that is not necessary to confirm annual income.

**OR**

[ ]     (b)     My salary or my joint salary with my spouse is publicly available information that has been reported in a document made available by the U.S. government or any state or political subdivision thereof (for example, reported in a filing with the Securities and Exchange Commission) and I will deliver to the Company copies of such publicly available materials identifying me or me and my spouse by name and disclosing the relevant salary information for each of the two most recent years.

**OR**

[ ]     (c)     In accordance with the procedures described below under the heading "Independent Third-Party Verification," I will assist in arranging for a registered broker-dealer, SEC-registered investment adviser, licensed

attorney, or certified public accountant to deliver to the Company written confirmation of my status as an Accredited Investor based on my individual income or my joint income together with my spouse.

[ ]    (2)    **Net Worth Test:** My individual net worth, or my joint net worth together with my spouse, exceeds $1,000,000.

For these purposes, "net worth" means the excess of:
- total assets at fair market value (including all personal and real property, but excluding the estimated fair market value of my primary residence)
  **minus**
- total liabilities.

For these purposes, "liabilities":
- exclude any mortgage or other debt secured by my primary residence in an amount of up to the estimated fair market value of that residence; but
- include any mortgage or other debt secured by my primary residence in an amount in excess of the estimated fair market value of that residence.

In addition, I confirm that I have not incurred any incremental mortgage or other debt secured by my primary residence in the 60 days preceding the date of this Letter, and I will not incur any incremental mortgage or other debt secured by my primary residence prior to the date of the closing for the sale of the Securities. I agree to promptly notify the Company if, between the date of this Letter and the date of the closing for the sale of the Securities, I incur any incremental mortgage or other debt secured by my primary residence.

To support the representations in A(2) above:

(You must check box (a) or (b).)

[ ]    (a)    I will deliver to the Company:

(i)    Copies of bank statements, brokerage statements, other statements of securities holdings, certificates of deposit, tax assessments and/or appraisal reports issued by independent third parties that show my individual assets or my joint assets together with my spouse;

**and**

(ii)    A copy of a consumer credit report for me (or copies of consumer credit reports for me and my spouse) issued by TransUnion, EquiFax or Experian.

I understand that each document described in paragraphs (i) and (ii) above must be dated no earlier than three months prior to the date of the closing for the sale of the Securities. I understand that I may redact any of these documents to avoid disclosing personally identifiable information, such as Social Security numbers, that is not necessary to confirm net worth.

**OR**

[ ] (b) In accordance with the procedures described below under the heading "Independent Third-Party Verification," I will assist in arranging for a registered broker-dealer, SEC-registered investment adviser, licensed attorney, or certified public accountant to deliver to the Company written confirmation of my status as an Accredited Investor based on my individual net worth or my joint net worth together with my spouse

B. I am a LEGAL ENTITY that is:

(An investor using this Part B must check at least one box below.)

[ ] (1) A bank as defined in Section 3(a)(2) of the Securities Act, or any savings and loan association or other institution as defined in Section 3(a)(5)(A) of the Securities Act, whether acting in its individual or fiduciary capacity.

[ ] (2) A broker or dealer registered pursuant to Section 15 of the Securities Exchange Act of 1934, as amended.

[ ] (3) An insurance company as defined in the Securities Act.

[ ] (4) An investment company registered under the Investment Company Act of 1940 (the **"Investment Company Act"**).

[ ] (5) A business development company as defined in Section 2(a)(48) of the Investment Company Act.

[ ] (6) A private business development company as defined in the Investment Advisors Act of 1940.

[ ] (7) A Small Business Investment Company licensed by the U.S. Small Business Administration under Section 301(c) or 301(d) of the Small Business Investment Act of 1958.

[ ] (8) An organization described in Section 501(c)(3) of the Internal Revenue Code, corporation, Massachusetts or similar business trust, or partnership, not formed for the specific purpose of acquiring the Securities, with total assets in excess of $5,000,000.

[ ] (9) A plan established and maintained by a state, its political subdivisions, or any agency or instrumentality of a state or its political subdivisions, for the benefit of its employees, if such plan has total assets in excess of $5,000,000.

[ ] (10) An employee benefit plan within the meaning of Title I of the Employment Retirement Income Security Act of 1974, if the investment decision is made by a plan fiduciary, as defined in such Act, which is either a bank, savings and loan association, insurance company, or registered investment advisor, or if the employee benefit plan has total assets in excess of $5,000,000, or if a self-directed plan, the investment decisions are made solely by persons that are accredited investors.

[ ]     (11)    A trust with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the Securities, whose purchase is directed by a "sophisticated" person.

[ ]     (12)    An entity in which all of the equity owners are Accredited Investors.

(NOTE: If box (12) is checked, each equity owner of the entity must individually complete and submit to the Company his or her own copy of this Letter.

## INDEPENDENT THIRD-PARTY VERIFICATION

(NOTE: An investor should only complete this section if, in Part A(1)(c) or A(2)(b) above, you have agreed to arrange for a third party to deliver written confirmation of your status as an Accredited Investor.)

To verify my status as an Accredited Investor, I hereby request that the Company or its agent contact:

Name: _____
Firm name: _____
Email: _____
Telephone: _____
Address: _____

[ ] registered broker-dealer
[ ] SEC-registered investment adviser
[ ] licensed attorney
[ ] certified public accountant

(NOTE: You must check one of the boxes above. If none are applicable, then you may not rely on independent third-party verification and you must instead directly submit to the Company copies of the other supporting documentation described in Part A(1)(a), A(1)(b) or A(2)(a) above.)

I have informed the person named above that the Company will contact him or her to verify my status as an Accredited Investor and I hereby authorize the Company and its agents to communicate with the person or firm named above to obtain such verification.

**I understand that I am solely responsible for paying any fees charged by the person or firm named above in connection with verifying my status as an Accredited Investor.**

## SUPPORTING DOCUMENTATION

Within 60 days after the date that I submit this Letter to the Company, I will deliver to the Company, or arrange to have delivered to the Company on my behalf, all required supporting documentation.

All supporting documentation must be submitted to the Company either electronically, in PDF form, to Ryan Spiegel at ryan@spiegelcorp.com or by mail or overnight service to Ryan Spiegel at SAC Advisory Group, LLC   2300 Contra Costa Blvd., Suite 425, Pleasant Hill, CA 94523. I understand that the Company may request additional supporting documentation from me in order to verify my status as an Accredited Investor and I hereby agree to promptly provide any such additional supporting documentation. I further understand that, even if I complete and execute this Letter and provide all additional supporting documentation requested by the Company, the Company may in its sole discretion refuse to accept my subscription for the Securities for any reason or for no reason.

## RELIANCE ON REPRESENTATIONS; INDEMNITY

I understand that the Company and its counsel are relying upon my representations in the Letter and upon the supporting documentation to be delivered by me or on my behalf in connection with the Letter (collectively, the **"Investor Information"**).  I agree to indemnify and hold harmless the Company, its Managers, Members, representatives and agents, and any person who controls any of the foregoing, against any and all loss, liability, claim, damage and expense (including reasonable attorneys' fees) arising out of or based upon any misstatement or omission in the Investor Information or any failure by me to comply with any covenant or agreement made by me in the Investor Information.

## INVESTOR'S SIGNATURE AND CONTACT INFORMATION

Date: _____ 1/3/18 _____

Name: _____ Jeffrey Spiegel _____

Signature: _____

## SPOUSE'S SIGNATURE AND CONTACT INFORMATION

(NOTE: The investor's spouse need only sign this letter if the investor is a natural person proving its accredited investor status based on joint income or joint net worth with the spouse under Part A(1)(a) or Part A(2)(a). A spouse who signs this letter makes all representations set out in this letter, including those relating to joint income or joint net worth, as applicable.)

Date: _____

Name: _____

Signature: _____

vi

# Exhibit C

```
                    FORTUNE FILM FUND TWO, LLC
               2300 CONTRA COSTA BLVD. SUITE 425
                    PLEASANT HILL, CA  94523
```

FEBRUARY 12, 2019


LIVING TRUST OF JEFFREY B. SPIEGEL



DEAR MEMBER:

ATTACHED IS YOUR COPY OF THE 2018 PARTNERSHIP FORM 1065
SCHEDULE K-1.  THIS SCHEDULE SUMMARIZES YOUR INFORMATION FROM
THE PARTNERSHIP.  THIS INFORMATION HAS BEEN PROVIDED TO THE
INTERNAL REVENUE SERVICE WITH THE U.S. PARTNERSHIP RETURN OF
INCOME, FORM 1065.

THE INFORMATION PROVIDED ON THIS SCHEDULE SHOULD BE ENTERED
ON YOUR TAX RETURN, IN ACCORDANCE WITH THE INSTRUCTIONS IN
SCHEDULE K-1, PAGE 2.  IF YOUR RETURN WILL BE PREPARED BY
YOUR ACCOUNTANT OR ATTORNEY, YOU SHOULD PROVIDE A COPY OF
THIS SCHEDULE TO THE PREPARER WITH YOUR OTHER TAX
INFORMATION.

INCLUDED IS YOUR COPY OF THE PARTNERSHIP SCHEDULE K-1 FOR THE
FOLLOWING STATE RETURN: CALIFORNIA.

WE THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

SINCERELY,



FORTUNE FILM FUND TWO, LLC

651118

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2018**
For calendar year 2018, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Part III**   **Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| **1** Ordinary business income (loss)   29,142. | **15** Credits |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items |
| **6c** Dividend equivalents | |
| **7** Royalties | **18** Tax-exempt income and nondeductible expenses |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | **19** Distributions   A   29,142. |
| **9b** Collectibles (28%) gain (loss) | **20** Other information |
| **9c** Unrecaptured sec 1250 gain | Z   *   29,142. |
| **10** Net section 1231 gain (loss) | AA   *   0. |
| **11** Other income (loss) | AB   *   0. |
| | AC   *   0. |
| | AD   *   0. |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss)   A   0. | |

*See attached statement for additional information.

---

**Part I**   **Information About the Partnership**

**A** Partnership's employer identification number
82-2962142

**B** Partnership's name, address, city, state, and ZIP code

FORTUNE FILM FUND TWO, LLC
2300 CONTRA COSTA BLVD. SUITE 425
PLEASANT HILL, CA 94523

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II**   **Information About the Partner**

**E** Partner's identifying number
█████████

**F** Partner's name, address, city, state, and ZIP code

LIVING TRUST OF JEFFREY B. SPIEGEL
████████████████████

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   TRUST

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | 2.9547565% |
| Loss | % | 2.9547565% |
| Capital | % | 3.3684186% |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | 0. $   0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $   200,000. |
| Current year increase (decrease) | $   45,031. |
| Withdrawals & distributions | $(   29,142.) |
| Ending capital account | $   215,889. |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☒ Other (explain)   SEE STATEMENT

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

*For IRS Use Only*

811261 12-11-18   LHA   **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2018**

4

FORTUNE FILM FUND TWO, LLC                                          82-2962142

---

SCHEDULE K-1            PARTNER'S CAPITAL METHOD EXPLANATION
                         FOR OTHER METHOD, ITEM L

---

ACCRUAL

---

SCHEDULE K-1                        FOOTNOTES

---

OTHER INFORMATION, BOX 20, CODE AH

---

THE PARTNERSHIP IS TAKING THE POSITION THAT IT IS AN EQUITY-
FINANCED LENDER ENGAGED IN THE TRADE OR BUSINESS OF LENDING
MONEY AND THEREFORE PASSIVE INVESTORS ARE SUBJECT TO
RECHARACTERIZATION RULES UNDER TEMPORARY REG. SECTION
1.469-2T(F)(4).

PASSIVE INCOME DERIVED FROM EQUITY-FINANCED LENDING MUST BE
RECHARACTERIZED AND EXCLUDED FROM PASSIVE ACTIVITY INCOME.
THE PARTNERSHIP IS REQUIRED TO IDENTIFY THE LESSER OF
EQUITY-FINANCED INTEREST INCOME OR NET PASSIVE INCOME FROM
THE EQUITY-FINANCED LENDING ACTIVITY. THE LESSER OF THE
EQUITY-FINANCED INTEREST INCOME OR THE NET PASSIVE INCOME
IS NONPASSIVE (PORTFOLIO) INCOME.

RECHARACTERIZED NON-PASSIVE INCOME                              29,142.

YOUR INDIVIDUAL SITUATION MAY VARY, CONSULT YOUR TAX
ADVISOR FOR PROPER TREATMENT.

HELPFUL RESOURCES:
REGULATIONS SECTION 1.469-2T(F)
REGULATIONS SECTION 1.469-2(F)
IRS PUBLICATION 925

---

SCHEDULE K-1            SECTION 199A ITEMS, BOX 20
                         CODES Z THROUGH AD

---

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | TRADE OR BUSINESS - | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME | 29,142. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |

Schedule K-1 (Form 1065) 2018 — Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. Net rental real estate income (loss) — See the Partner's Instructions
3. Other net rental income (loss)

| | |
|---|---|
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |

4. Guaranteed payments — Schedule E, line 28, column (k)
5. Interest income — Form 1040, line 2b
6a. Ordinary dividends — Form 1040, line 3b
6b. Qualified dividends — Form 1040, line 3a
6c. Dividend equivalents — See the Partner's Instructions
7. Royalties — Schedule E, line 4
8. Net short-term capital gain (loss) — Schedule D, line 5
9a. Net long-term capital gain (loss) — Schedule D, line 12
9b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain — See the Partner's Instructions
10. Net section 1231 gain (loss) — See the Partner's Instructions
11. Other income (loss)

Code

| | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| F | Section 951A income | |
| G | Section 965(a) inclusion | |
| H | Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| I | Other income (loss) | |

12. Section 179 deduction — See the Partner's Instructions
13. Other deductions

| | | |
|---|---|---|
| A | Cash contributions (60%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions - portfolio (other) | Schedule A, line 13 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T through V | | Reserved for future use |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. Credits

| | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| I | Biofuel producer credit | See the Partner's Instructions |

Code

| | | Report on |
|---|---|---|
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

16. Foreign transactions

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| | | |
|---|---|---|
| D | Section 951A category | |
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

Deductions allocated and apportioned at partner level

| | | |
|---|---|---|
| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income

| | | |
|---|---|---|
| K | Section 951A category | |
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

Other information

| | | |
|---|---|---|
| P | Total foreign taxes paid | Form 1116, Part II |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 951A(c)(1)(A) tested income | See the Partner's Instructions |
| V | Tested foreign income tax | |
| W | Section 965 information | |
| X | Other foreign transactions | See the Partner's Instructions |

17. Alternative minimum tax (AMT) items

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Partner's |
| C | Depletion (other than oil & gas) | Instructions and |
| D | Oil, gas, & geothermal - gross income | the Instructions for |
| E | Oil, gas, & geothermal - deductions | Form 6251 |
| F | Other AMT items | |

18. Tax-exempt income and nondeductible expenses

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 2a |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. Distributions

| | | |
|---|---|---|
| A | Cash and marketable securities | |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

20. Other information

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O through Y | | |
| Z | Section 199A income | |
| AA | Section 199A W-2 wages | |
| AB | Section 199A unadjusted basis | See the Partner's |
| AC | Section 199A REIT dividends | Instructions |
| AD | Section 199A PTP income | |
| AE | Excess taxable income | |
| AF | Excess business interest income | |
| AG | Gross receipts for section 59A(e) | |
| AH | Other information | |

| TAXABLE YEAR | **Member's Share of Income,** | | 829421  12-26-18 |
|---|---|---|---|
| **2018** | **Deductions, Credits, etc.** | | CALIFORNIA SCHEDULE<br>**K-1 (568)** |

**TYB  01-01-2018  TYE  12-31-2018**

██████████████

**LIVING TRUST OF JEFFREY B SPIEGEL**

████████████████  ██  ████████

**82-2962142    201725610449**
**FORTUNE FILM FUND TWO LLC**

**2300 CONTRA COSTA BLVD SUITE 4**
**PLEASANT HILL    CA  94523**

**A** What type of entity is this member? ● See instructions.

**(1)** ☐ Individual  **(4)** ☐ C Corporation  **(7)** ☐ LLP  **(10)** ☐ Exempt Organization
**(2)** ☐ S Corporation  **(5)** ☐ General Partnership  **(8)** ☐ LLC  **(11)** ☐ Disregarded Entity
**(3)** ☒ Estate/Trust  **(6)** ☐ Limited Partnership  **(9)** ☐ IRA/Keogh/SEP

**B** Is this member a foreign member? ● ☐ Yes  ☒ No

**C** Enter member's percentage (without regard to special allocations) of:

| | **(i) Beginning** | **(ii) Ending** |
|---|---|---|
| Profit | % ● | 2.9548 % |
| Loss | % ● | 2.9548 % |
| Capital | % ● | 3.3684 % |

**D** Member's share of liabilities:

| | **(i) Beginning** | **(ii) Ending** |
|---|---|---|
| Nonrecourse | 00 ● $ | 00 |
| Qualified nonrecourse financing | 00 ● $ | 00 |
| Recourse | 0 00 ● $ | 0 00 |

**E** Reportable transaction or tax shelter registration number(s)

**F (1)** Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ● ☐

   **(2)** Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ● ☐

**G** Check here if this is: ● **(1)** ☐ A final Schedule K-1 (568)  **(2)** ☐ An amended Schedule K-1 (568)

**H** Is this member a resident of California? ● ☒ Yes ▶ ☐ No

829422 12-26-18

**Member's name**
LIVING TRUST OF JEFFREY B. SPIEGEL

**Member's identifying number**

**I** Analysis of member's capital account: Check the box • **(1)** ☐ Tax Basis  **(2)** ☐ GAAP **(3)** ☐ IRC Section 704(b) Book **(4)** ☒ Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| • | •   200,000 • | 45,031 •( | 29,142 )• | 215,889 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| **1** | Ordinary income (loss) from trade or business activities | 29,142 | | • 29,142 | ► 29,142 |
| **2** | Net income (loss) from rental real estate activities | | | • | ► |
| **3** | Net income (loss) from other rental activities | | | ◉ | ◉ |
| **4** | Guaranteed payments to members | | | • | ► |
| **5** | Interest income | | | • | ► |
| **6** | Dividends | | | • | ► |
| **7** | Royalties | | | • | ► |
| **8** | Net short-term capital gain (loss) | | | • | ► |
| **9** | Net long-term capital gain (loss) | | | • | ► |
| **10 a** | Total gain under IRC Section 1231 (other than due to casualty or theft) | | | • | ► |
| **b** | Total loss under IRC Section 1231 (other than due to casualty or theft) | | | • | ► |
| **11 a** | Other portfolio income (loss). Attach schedule | | | • | ► |
| **b** | Total other income | | | • | ► |
| **c** | Total other loss | | | • | ► |
| **12** | Expense deduction for recovery prop. (IRC Section 179) | | | | |
| **13 a** | Charitable contributions | | | | |
| **b** | Investment interest expense | | | | |
| **c 1** | Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| **2** | Type of expenditures | | | | |
| **d** | Deductions related to portfolio income | | | | |
| **e** | Other deductions | | | | |

*Income (Loss)* — rows 1–11
*Deductions* — rows 12–13

829423 12-26-18

| Member's name | Member's identifying number |
|---|---|
| LIVING TRUST OF JEFFREY B. SPIEGEL | |

| | (a)<br>Distributive share items | (b)<br>Amounts from<br>federal Schedule K-1<br>(1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c) | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| **Credits** | **15 a** Total withholding (equals amount on Form 592-B if calendar year LLC) | | | ● | ▶ |
| | **b** Low-income housing credit | | | | |
| | **c** Credits other than line 15b related to rental real estate activities | | | | |
| | **d** Credits related to other rental activities | | | | |
| | **e** Nonconsenting nonresident member's tax paid by LLC | | | | |
| | **f** Other credits - Attach required schedules or statements | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Depreciation adjustment on property placed in service after 1986 | | | ◉ | ◉ |
| | **b** Adjusted gain or loss | | | | |
| | **c** Depletion (other than oil & gas) | | | | |
| | **d** Gross income from oil, gas, and geothermal properties | | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties | | | | |
| | **f** Other alternative minimum tax items | | | | |
| **Tax-exempt Income and Nondeductible Expenses** | **18 a** Tax-exempt interest income | | | | |
| | **b** Other tax-exempt income | | | | |
| | **c** Nondeductible expenses | | | | |
| **Distributions** | **19 a** Distributions of money (cash and marketable securities) | 29,142 | | ◉    29,142 | |
| | **b** Distributions of property other than money | | | ◉ | |
| **Other Information** | **20 a** Investment income | | | | |
| | **b** Investment expenses | | | | |
| | **c** Other information. See instructions | STMT | | | |

829424  12-26-18

| Member's name | Member's identifying number |
|---|---|
| LIVING TRUST OF JEFFREY B. SPIEGEL | █████████ |

**Other Member Information**

**Table 1** - Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

| Interest ... $ | | Sec. 1231 Gains/Losses $ | | Capital Gains/Losses $ | |
|---|---|---|---|---|---|
| Dividends $ | | Royalties ............... $ | | Other ................ $ | |

FOR USE BY MEMBERS ONLY - See instructions.

**Table 2** - Member's share of distributive items.

A.  Member's share of the LLC's business income. See instructions.  $ [        ]

B.  Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

| Capital Gains/Losses ....................... $ | | Rents/Royalties ..................... $ | |
|---|---|---|---|
| Sec. 1231 Gains/Losses ................... $ | | Other ............................... $ | |

C.  Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning ...................... $ | | $ |
| Property: Ending ...................... $ | | $ |
| Property: Annual rent expense ............ $ | | $ |
| Payroll ........................ $ | | $ |
| Sales ........................ $ | | $ |

FORTUNE FILM FUND TWO, LLC                                          82-2962142

---

CA SCHEDULE K-1                          FOOTNOTES

---

OTHER INFORMATION, BOX 20, CODE AH

---

THE PARTNERSHIP IS TAKING THE POSITION THAT IT IS AN EQUITY-
FINANCED LENDER ENGAGED IN THE TRADE OR BUSINESS OF LENDING
MONEY AND THEREFORE PASSIVE INVESTORS ARE SUBJECT TO
RECHARACTERIZATION RULES UNDER TEMPORARY REG. SECTION
1.469-2T(F)(4).

PASSIVE INCOME DERIVED FROM EQUITY-FINANCED LENDING MUST BE
RECHARACTERIZED AND EXCLUDED FROM PASSIVE ACTIVITY INCOME.
THE PARTNERSHIP IS REQUIRED TO IDENTIFY THE LESSER OF
EQUITY-FINANCED INTEREST INCOME OR NET PASSIVE INCOME FROM
THE EQUITY-FINANCED LENDING ACTIVITY. THE LESSER OF THE
EQUITY-FINANCED INTEREST INCOME OR THE NET PASSIVE INCOME
IS NONPASSIVE (PORTFOLIO) INCOME.

RECHARACTERIZED NON-PASSIVE INCOME                              29,142.

YOUR INDIVIDUAL SITUATION MAY VARY, CONSULT YOUR TAX
ADVISOR FOR PROPER TREATMENT.

HELPFUL RESOURCES:
REGULATIONS SECTION 1.469-2T(F)
REGULATIONS SECTION 1.469-2(F)
IRS PUBLICATION 925

---

SCHEDULE K-1            PARTNER'S CAPITAL METHOD EXPLANATION
                             FOR OTHER METHOD

---

ACCRUAL

---

CA SCHEDULE K-1                  COLUMN C RECONCILIATION

---

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 29,142. |
| ACCRUAL TO CASH CONVERSION | 24,870. |
| TOTAL TO SCHEDULE K-1 ANALYSIS OF CAPITAL ACCOUNT, COLUMN C | 54,012. |

PARTNER NUMBER 4

FORTUNE FILM FUND TWO, LLC                                                      82-2962142

CA SCHEDULE K-1    AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 29,142. |
| TOTAL | 29,142. |

PARTNER NUMBER 4

# Exhibit D

FORTUNE FILM FUND TWO, LLC
2300 CONTRA COSTA BLVD. SUITE 425
PLEASANT HILL, CA  94523

FEBRUARY 17, 2020

LIVING TRUST OF JEFFREY B. SPIEGEL


DEAR MEMBER:

ATTACHED IS YOUR COPY OF THE 2019 PARTNERSHIP FORM 1065
SCHEDULE K-1.  THIS SCHEDULE SUMMARIZES YOUR INFORMATION FROM
THE PARTNERSHIP.  THIS INFORMATION HAS BEEN PROVIDED TO THE
INTERNAL REVENUE SERVICE WITH THE U.S. PARTNERSHIP RETURN OF
INCOME, FORM 1065.

THE INFORMATION PROVIDED ON THIS SCHEDULE SHOULD BE ENTERED
ON YOUR TAX RETURN, IN ACCORDANCE WITH THE INSTRUCTIONS IN
SCHEDULE K-1, PAGE 2.  IF YOUR RETURN WILL BE PREPARED BY
YOUR ACCOUNTANT OR ATTORNEY, YOU SHOULD PROVIDE A COPY OF
THIS SCHEDULE TO THE PREPARER WITH YOUR OTHER TAX
INFORMATION.

INCLUDED IS YOUR COPY OF THE PARTNERSHIP SCHEDULE K-1 FOR THE
FOLLOWING STATE RETURN: CALIFORNIA.

WE THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

SINCERELY,

FORTUNE FILM FUND TWO, LLC

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ **See separate instructions.**

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **15** Credits | |
| 48,866. | | |
| **2** Net rental real estate income (loss) | | |
| | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | | |
| **4c** Total guaranteed payments | **17** Alternative min tax (AMT) items | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | |
| **6c** Dividend equivalents | | |
| **7** Royalties | **19** Distributions | |
| | A | 48,866. |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | **20** Other information | |
| | Z  * | STMT |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | | |
| **10** Net section 1231 gain (loss) | | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | | |
| **13** Other deductions | | |
| **14** Self-employment earnings (loss) | | |
| A | 0. | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
82-2962142

**B** Partnership's name, address, city, state, and ZIP code

FORTUNE FILM FUND TWO, LLC
2300 CONTRA COSTA BLVD. SUITE 425
PLEASANT HILL, CA  94523

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LIVING TRUST OF JEFFREY B. SPIEGEL
████████████████████

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  TRUST
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 2.9547565% | 1.4978362% |
| Loss | 2.9547565% | 1.4978362% |
| Capital | 3.3684186% | 2.2952277% |

☐ Check if decrease is due to sale or exchange of partnership interest

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**   **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 215,889. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 44,077. |
| Other increase (decrease) (attach explanation) | $ 0. |
| Withdrawals & distributions | $( 48,866.) |
| Ending capital account | $ 211,100. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning  $ _____
Ending  $ _____

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

911261  12-30-19  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2019**

4

FORTUNE FILM FUND TWO, LLC                                                    82-2962142

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

DESCRIPTION                                                              AMOUNT

TRADE OR BUSINESS -

  ORDINARY INCOME (LOSS)                                                48,866.

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

  ACCRUAL

SCHEDULE K-1                          FOOTNOTES

OTHER INFORMATION, BOX 20, CODE AH

THE PARTNERSHIP IS TAKING THE POSITION THAT IT IS AN EQUITY-
FINANCED LENDER ENGAGED IN THE TRADE OR BUSINESS OF LENDING
MONEY AND THEREFORE PASSIVE INVESTORS ARE SUBJECT TO
RECHARACTERIZATION RULES UNDER TEMPORARY REG. SECTION
1.469-2T(F)(4).

PASSIVE INCOME DERIVED FROM EQUITY-FINANCED LENDING MUST BE
RECHARACTERIZED AND EXCLUDED FROM PASSIVE ACTIVITY INCOME.
THE PARTNERSHIP IS REQUIRED TO IDENTIFY THE LESSER OF
EQUITY-FINANCED INTEREST INCOME OR NET PASSIVE INCOME FROM
THE EQUITY-FINANCED LENDING ACTIVITY. THE LESSER OF THE
EQUITY-FINANCED INTEREST INCOME OR THE NET PASSIVE INCOME
IS NONPASSIVE (PORTFOLIO) INCOME.

RECHARACTERIZED NON-PASSIVE INCOME                                      48,866.

                                                          PARTNER NUMBER  4

FORTUNE FILM FUND TWO, LLC                                    82-2962142
_____                                  _____

YOUR INDIVIDUAL SITUATION MAY VARY, CONSULT YOUR TAX
ADVISOR FOR PROPER TREATMENT.

HELPFUL RESOURCES:
REGULATIONS SECTION 1.469-2T(F)
REGULATIONS SECTION 1.469-2(F)
IRS PUBLICATION 925

PARTNER NUMBER 4

Schedule K-1 (Form 1065) 2019                                                                          Page **2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. Net rental real estate income (loss)    See the Partner's Instructions
3. Other net rental income (loss)

| Net income | Schedule E, line 28, column (h) |
|---|---|
| Net loss | See the Partner's Instructions |

4a. Guaranteed payment Services    See the Partner's Instructions
4b. Guaranteed payment Capital    See the Partner's Instructions
4c. Guaranteed payment Total    See the Partner's Instructions
5. Interest income    Form 1040 or 1040-SR, line 2b
6a. Ordinary dividends    Form 1040 or 1040-SR, line 3b
6b. Qualified dividends    Form 1040 or 1040-SR, line 3a
6c. Dividend equivalents    See the Partner's Instructions
7. Royalties    Schedule E, line 4
8. Net short-term capital gain (loss)    Schedule D, line 5
9a. Net long-term capital gain (loss)    Schedule D, line 12
9b. Collectibles (28%) gain (loss)    28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain    See the Partner's Instructions
10. Net section 1231 gain (loss)    See the Partner's Instructions
11. Other income (loss)

Code
| A | Other portfolio income (loss) | See the Partner's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | |
| F | Section 743(b) positive adjustments | |
| G | Section 965(a) inclusion | |
| H | Income under subpart F (other than inclusions under sections 951A and 965) | See the Partner's Instructions |
| I | Other income (loss) | |

12. Section 179 deduction    See the Partner's Instructions
13. Other deductions

| A | Cash contributions (60%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions - portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040 or 1040-SR), line 16 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | through U | Reserved for future use |
| V | Section 743(b) negative adjustments | See the Partner's Instructions |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. Credits

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |

Code
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
|---|---|---|
| I | Biofuel producer credit | See the Partner's Instructions |
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

16. Foreign transactions

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level
| D | Reserved for future use | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

Deductions allocated and apportioned at partner level
| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income
| K | Reserved for future use | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

Other information
| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | through V | Reserved for future use |
| W | Section 965 information | See the Partner's Instructions |
| X | Other foreign transactions | |

17. Alternative minimum tax (AMT) items
| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

18. Tax-exempt income and nondeductible expenses
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. Distributions
| A | Cash and marketable securities | |
|---|---|---|
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

20. Other information
| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | |
| F | through G | |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | through Y | |
| Z | Section 199A information | |
| AA | Section 704(c) information | |
| AB | Section 751 gain (loss) | See the Partner's Instructions |
| AC | Section 1(h)(5) gain (loss) | |
| AD | Deemed section 1250 unrecaptured gain | |
| AE | Excess taxable income | |
| AF | Excess business interest income | |
| AG | Gross receipts for section 59A(e) | |
| AH | Other information | |

911262  12-30-19

4

929421  12-18-19
CALIFORNIA SCHEDULE

TAXABLE YEAR
**2019**

# Member's Share of Income, Deductions, Credits, etc.

**K-1 (568)**

TYB  01-01-2019  TYE  12-31-2019

██████████

LIVING TRUST OF JEFFREY B SPIEGEL

██████████████  ██  ████████

82-2962142      201725610449
FORTUNE FILM FUND TWO LLC

2300 CONTRA COSTA BLVD SUITE 4
PLEASANT HILL      CA  94523

**A**  What type of entity is this member? ● See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **(1)** ☐ Individual | **(4)** ☐ C Corporation | **(7)** ☐ LLP | **(10)** ☐ Exempt Organization |
| **(2)** ☐ S Corporation | **(5)** ☐ General Partnership | **(8)** ☐ LLC | **(11)** ☐ Disregarded Entity |
| **(3)** ☒ Estate/Trust | **(6)** ☐ Limited Partnership | **(9)** ☐ IRA/Keogh/SEP | |

**B**  Is this member a foreign member? ................................................................................. ●  ☐ Yes  ☒ No

**C**  Enter member's percentage (without regard to special allocations) of:

| | **(i) Beginning** | **(ii) Ending** |
|---|---|---|
| Profit | 2.9548 % ● | 1.4978 % |
| Loss | 2.9548 % ● | 1.4978 % |
| Capital | 3.3684 % ● | 2.2952 % |

**D**  Member's share of liabilities:

| | **(i) Beginning** | **(ii) Ending** |
|---|---|---|
| Nonrecourse | $ ___ 00 ● | $ ___ 00 |
| Qualified nonrecourse financing | $ ___ 00 ● | $ ___ 00 |
| Recourse | $ 0 00 ● | $ 0 00 |

**E**  Reportable transaction or tax shelter registration number(s)

**F (1)**  Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ........................................ ● ☐

**(2)**  Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ........................................ ● ☐

**G**  Check here if this is: ● **(1)** ☐ A final Schedule K-1 (568)  **(2)** ☐ An amended Schedule K-1 (568)

**H**  Is this member a resident of California? .................................................................. ● ☒ Yes  ► ☐ No

929422  12-18-19

**Member's name**
LIVING TRUST OF JEFFREY B. SPIEGEL

**Member's identifying number**

I  Analysis of member's capital account: Check the box  • **(1)** ☐ Tax Basis  **(2)** ☐ GAAP  **(3)** ☐ IRC Section 704(b) Book  **(4)** ☒ Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| • 215,889 | • | • 44,077 | • ( 48,866 ) | • 211,100 |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| **1** | Ordinary income (loss) from trade or business activities | 48,866 | | • 48,866 ▶ | 48,866 |
| **2** | Net income (loss) from rental real estate activities | | | • | ▶ |
| **3** | Net income (loss) from other rental activities | | | ◉ | ◉ |
| **4** | Guaranteed payments to members | | | • | ▶ |
| **5** | Interest income | | | • | ▶ |
| **6** | Dividends | | | • | ▶ |
| **7** | Royalties | | | • | ▶ |
| **8** | Net short-term capital gain (loss) | | | • | ▶ |
| **9** | Net long-term capital gain (loss) | | | • | ▶ |
| **10 a** | Total gain under IRC Section 1231 (other than due to casualty or theft) | | | • | ▶ |
| **b** | Total loss under IRC Section 1231 (other than due to casualty or theft) | | | • | ▶ |
| **11 a** | Other portfolio income (loss). Attach schedule | | | • | ▶ |
| **b** | Total other income | | | • | ▶ |
| **c** | Total other loss | | | • | ▶ |
| **12** | Expense deduction for recovery prop. (IRC Section 179) | | | | |
| **13 a** | Charitable contributions | | | | |
| **b** | Investment interest expense | | | | |
| **c 1** | Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| **2** | Type of expenditures | | | | |
| **d** | Deductions related to portfolio income | | | | |
| **e** | Other deductions | | | | |

*Income (Loss)* (rows 1–11) · *Deductions* (rows 12–13)

929423 12-18-19

**Member's name**
LIVING TRUST OF JEFFREY B. SPIEGEL

**Member's identifying number**

| | (a)<br>Distributive share items | (b)<br>Amounts from<br>federal Schedule K-1<br>(1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c) | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| **Credits** | **15 a** Total withholding (equals amount on Form 592-B if calendar year LLC) | | | • | ▶ |
| | **b** Low-income housing credit | | | | |
| | **c** Credits other than line 15b related to rental real estate activities | | | | |
| | **d** Credits related to other rental activities | | | | |
| | **e** Nonconsenting nonresident member's tax paid by LLC | | | | |
| | **f** Other credits - Attach required schedules or statements | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Depreciation adjustment on property placed in service after 1986 | | | ◉ | ◉ |
| | **b** Adjusted gain or loss | | | | |
| | **c** Depletion (other than oil & gas) | | | | |
| | **d** Gross income from oil, gas, and geothermal properties | | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties | | | | |
| | **f** Other alternative minimum tax items | | | | |
| **Tax-exempt income and Nondeductible Expenses** | **18 a** Tax-exempt interest income | | | | |
| | **b** Other tax-exempt income | | | | |
| | **c** Nondeductible expenses | | | | |
| **Distributions** | **19 a** Distributions of money (cash and marketable securities) | 48,866 | | ◉ 48,866 | |
| | **b** Distributions of property other than money | | | ◉ | |
| **Other Information** | **20 a** Investment income | | | | |
| | **b** Investment expenses | | | | |
| | **c** Other information. See instructions | STMT | | | |

929424  12-18-19

**Member's name**
LIVING TRUST OF JEFFREY B. SPIEGEL

**Member's identifying number**

---

**Other Member Information**

**Table 1** - Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

| | | | | | |
|---|---|---|---|---|---|
| Interest ... $ | | Sec. 1231 Gains/Losses  $ | | Capital Gains/Losses $ | |
| Dividends  $ | | Royalties ............... $ | | Other ............... $ | |

FOR USE BY MEMBERS ONLY - See instructions.

**Table 2** - Member's share of distributive items.

A.  Member's share of the LLC's business income. See instructions.  $ [        ]

B.  Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

| | | | |
|---|---|---|---|
| Capital Gains/Losses ..................... $ | | Rents/Royalties ..................... $ | |
| Sec. 1231 Gains/Losses ............. $ | | Other ............................ $ | |

C.  Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning ..................... $ | | $ |
| Property: Ending ............. $ | | $ |
| Property: Annual rent expense ............. $ | | $ |
| Payroll ........................... $ | | $ |
| Sales ........................... $ | | $ |

---

FORTUNE FILM FUND TWO, LLC                                                  82-2962142

---

CA SCHEDULE K-1                          FOOTNOTES

---

OTHER INFORMATION, BOX 20, CODE AH

---

THE PARTNERSHIP IS TAKING THE POSITION THAT IT IS AN EQUITY-
FINANCED LENDER ENGAGED IN THE TRADE OR BUSINESS OF LENDING
MONEY AND THEREFORE PASSIVE INVESTORS ARE SUBJECT TO
RECHARACTERIZATION RULES UNDER TEMPORARY REG. SECTION
1.469-2T(F)(4).

PASSIVE INCOME DERIVED FROM EQUITY-FINANCED LENDING MUST BE
RECHARACTERIZED AND EXCLUDED FROM PASSIVE ACTIVITY INCOME.
THE PARTNERSHIP IS REQUIRED TO IDENTIFY THE LESSER OF
EQUITY-FINANCED INTEREST INCOME OR NET PASSIVE INCOME FROM
THE EQUITY-FINANCED LENDING ACTIVITY. THE LESSER OF THE
EQUITY-FINANCED INTEREST INCOME OR THE NET PASSIVE INCOME
IS NONPASSIVE (PORTFOLIO) INCOME.

RECHARACTERIZED NON-PASSIVE INCOME                                48,866.

YOUR INDIVIDUAL SITUATION MAY VARY, CONSULT YOUR TAX
ADVISOR FOR PROPER TREATMENT.

HELPFUL RESOURCES:
REGULATIONS SECTION 1.469-2T(F)
REGULATIONS SECTION 1.469-2(F)
IRS PUBLICATION 925

---

SCHEDULE K-1              PARTNER'S CAPITAL METHOD EXPLANATION
                              FOR OTHER METHOD

---

ACCRUAL

---

CA SCHEDULE K-1                  COLUMN C RECONCILIATION

---

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 48,866. |
| A2C CONVERSION | 939. |
| TOTAL TO SCHEDULE K-1 ANALYSIS OF CAPITAL ACCOUNT, COLUMN C | 49,805. |

PARTNER NUMBER 4

FORTUNE FILM FUND TWO, LLC                                          82-2962142

CA SCHEDULE K-1    AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 48,866. |
| TOTAL | 48,866. |

PARTNER NUMBER 4

# Exhibit E

FORTUNE FILM FUND TWO, LLC
2300 CONTRA COSTA BLVD., SUITE 425
PLEASANT HILL, CA  94523

FEBRUARY 25, 2021

LIVING TRUST OF JEFFREY B. SPIEGEL


DEAR MEMBER:

ATTACHED IS YOUR COPY OF THE 2020 PARTNERSHIP FORM 1065 SCHEDULE K-1.  THIS
SCHEDULE SUMMARIZES YOUR INFORMATION FROM THE PARTNERSHIP.  THIS INFORMATION
HAS BEEN PROVIDED TO THE INTERNAL REVENUE SERVICE WITH THE U.S. PARTNERSHIP
RETURN OF INCOME, FORM 1065.

THE INFORMATION PROVIDED ON THIS SCHEDULE SHOULD BE ENTERED ON YOUR TAX
RETURN, IN ACCORDANCE WITH THE INSTRUCTIONS IN SCHEDULE K-1, PAGE 2.  IF YOUR
RETURN WILL BE PREPARED BY YOUR ACCOUNTANT OR ATTORNEY, YOU SHOULD PROVIDE A
COPY OF THIS SCHEDULE TO THE PREPARER WITH YOUR OTHER TAX INFORMATION.

INCLUDED IS YOUR COPY OF THE PARTNERSHIP SCHEDULE K-1 FOR THE FOLLOWING STATE
RETURN: CALIFORNIA.

WE THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

SINCERELY,


FORTUNE FILM FUND TWO, LLC

651119

| Schedule K-1 (Form 1065) | **2020** | | |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2020, or tax year | | |

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

beginning _____   ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

| | |
|---|---|
| **1** Ordinary business income (loss) | 0. |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | |
| **4c** Total guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | |
| **6c** Dividend equivalents | |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss) | |
| A | 0. |

| | |
|---|---|
| **15** Credits | |
| **16** Foreign transactions | |
| **17** Alternative min tax (AMT) items | |
| **18** Tax-exempt income and nondeductible expenses | |
| **19** Distributions | |
| **20** Other information | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
82-2962142

**B** Partnership's name, address, city, state, and ZIP code

FORTUNE FILM FUND TWO, LLC
2300 CONTRA COSTA BLVD., SUITE 425
PLEASANT HILL, CA  94523

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LIVING TRUST OF JEFFREY B. SPIEGEL
▓▓▓▓▓

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?   TRUST

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.2021880 % | 1.2021880 % |
| Loss | 1.2021880 % | 1.2021880 % |
| Capital | 2.4252722 % | 2.4252722 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**   **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 200,000. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 200,000. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning ........ $
Ending ........ $

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

011261 01-05-21   LHA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2020

4

82-2962142

---

SCHEDULE K-1             ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS
---

BEGINNING CAPITAL ACCOUNT METHOD USED - TAX BASIS

---

SCHEDULE K-1                          FOOTNOTES
---

---

OTHER INFORMATION, BOX 20, CODE AH
---

THE PARTNERSHIP IS TAKING THE POSITION THAT IT IS AN EQUITY-
FINANCED LENDER ENGAGED IN THE TRADE OR BUSINESS OF LENDING
MONEY AND THEREFORE PASSIVE INVESTORS ARE SUBJECT TO
RECHARACTERIZATION RULES UNDER TEMPORARY REG. SECTION
1.469-2T(F)(4).

PASSIVE INCOME DERIVED FROM EQUITY-FINANCED LENDING MUST BE
RECHARACTERIZED AND EXCLUDED FROM PASSIVE ACTIVITY INCOME.
THE PARTNERSHIP IS REQUIRED TO IDENTIFY THE LESSER OF
EQUITY-FINANCED INTEREST INCOME OR NET PASSIVE INCOME FROM
THE EQUITY-FINANCED LENDING ACTIVITY. THE LESSER OF THE
EQUITY-FINANCED INTEREST INCOME OR THE NET PASSIVE INCOME
IS NONPASSIVE (PORTFOLIO) INCOME.

RECHARACTERIZED NON-PASSIVE INCOME                                    0.

YOUR INDIVIDUAL SITUATION MAY VARY, CONSULT YOUR TAX
ADVISOR FOR PROPER TREATMENT.

HELPFUL RESOURCES:
REGULATIONS SECTION 1.469-2T(F)
REGULATIONS SECTION 1.469-2(F)
IRS PUBLICATION 925

PER IRS NOTICE 2020-43, THE PARTNERSHIP IS REQUIRED TO
REPORT TAX BASIS CAPITAL ACCOUNTS ON SCHEDULE K-1, PART L.
YOUR BEGINNING AND ENDING TAX CAPITAL IN PART L REFLECTS THE
ESTIMATED TAX BASIS FOR THE TAX YEAR. ANY CHANGE IN
BEGINNING CAPITAL HAS NO ECONOMIC CONSEQUENCE. IT IS
STRICTLY A CHANGE IN REPORTING.

THE CAPITAL ACCOUNT REPORTED ON YOUR K-1 WILL DIFFER FROM
THE STATEMENT YOU RECEIVED.  THE STATEMENT IS ON AN ACCRUAL
BASIS WHILE THE TAX RETURN IS ON A CASH BASIS.

PLEASE CONSULT YOUR TAX ADVISOR WITH ANY QUESTIONS.

## List of Codes Used in Schedule K-1 (Form 1065)

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| Passive loss | See page 7 |
| Passive income | Schedule E (Form 1040), line 28, column (h) |
| Nonpassive loss | See page 7 |
| Nonpassive income | Schedule E (Form 1040), line 28, column (k) |
| 2. Net rental real estate income (loss) | See page 8 |
| 3. Other net rental income (loss) | |
| Net income | Schedule E (Form 1040), line 28, column (h) |
| Net loss | See Instructions for Form 8582 |
| 4a. Guaranteed payment Services | See instructions for Schedule E (Form 1040) |
| 4b. Guaranteed payment Capital | See instructions for Schedule E (Form 1040) |
| 4c. Guaranteed payment Total | See page 8 |
| 5. Interest income | Form 1040 or 1040-SR, line 2b |
| 6a. Ordinary dividends | Form 1040 or 1040-SR, line 3b |
| 6b. Qualified dividends | Form 1040 or 1040-SR, line 3a |
| 6c. Dividend equivalents | See page 8 |
| 7. Royalties | Schedule E (Form 1040), line 4 |
| 8. Net short-term capital gain (loss) | Schedule D (Form 1040), line 5 |
| 9a. Net long-term capital gain (loss) | Schedule D (Form 1040), line 12 |
| 9b. Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c. Unrecaptured section 1250 gain | See page 9 |
| 10. Net section 1231 gain (loss) | See page 9 |
| 11. Other income (loss) | |
| Code A. Other portfolio income (loss) | See page 9 |
| Code B. Involuntary conversions | See page 9 |
| Code C. Section 1256 contracts & straddles | Form 6781, line 1 |
| Code D. Mining exploration costs recapture | See Pub. 535 |
| Code E. Cancellation of debt | See page 10 |
| Code F. Section 743(b) positive adjustments | See page 10 |
| Code G. Section 965 inclusion | See page 10 |
| Code H. Income under subpart F (other than inclusions under section 951A) | See page 10 |
| Code I. Other income (loss) | See page 10 |
| 12. Section 179 deduction | See page 11 |
| 13. Other deductions | |
| Code A. Cash contributions (60%) | See page 11 |
| Code B. Cash contributions (30%) | See page 11 |
| Code C. Noncash contributions (50%) | See page 11 |
| Code D. Noncash contributions (30%) | See page 11 |
| Code E. Capital gain property to a 50% organization (30%) | See page 11 |
| Code F. Capital gain property (20%) | See page 11 |
| Code G. Contributions (100%) | See page 11 |
| Code H. Investment interest expense | Form 4952, line 1 |
| Code I. Deductions - royalty income | Schedule E (Form 1040), line 19 |
| Code J. Section 59(e)(2) expenditures | See page 12 |
| Code K. Excess business interest expense | See page 12 |
| Code L. Deductions - portfolio (other) | Schedule A, line 16 |
| Code M. Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040), line 16 |
| Code N. Educational assistance benefits | See page 12 |
| Code O. Dependent care benefits | Form 2441, line 12 |
| Code P. Preproductive period expenses See the Partner's Instructions | See page 12 |
| Code Q. Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| Code R. Pensions and IRAs | See page 12 |
| Code S. Reforestation expense deduction | See page 12 |
| Codes T through U. Reserved for future use | |
| Code V. Section 743(b) negative adjustments | See page 12 |
| Code W. Other deductions | See page 12 |
| Code X. Section 965(c) deduction | See page 13 |
| Code 14. Self-employment earnings (loss) | |
| Note. If you have a section 179 deduction or any partner-level deductions, see page 13 before completing Schedule SE (Form 1040). | |
| Code A. Net earnings (loss) from self-employment | Schedule SE (Form 1040) |
| Code B. Gross farming or fishing income | See page 13 |
| Code C. Gross non-farm income | See page 13 |

10540225 310492 7166.003          2020.02060 FORTUNE FILM FUND TWO, LL 7166.001

## List of Codes Used In Schedule K-1 (Form 1065) (continued)

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| **15. Credits** | |
| Code A. Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See page 13 |
| Code B. Low-income housing credit (other) from pre-2008 buildings | See page 13 |
| Code C. Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See page 13 |
| Code D. Low-income housing credit (other) from post-2007 buildings | See page 13 |
| Code E. Qualified rehabilitation expenditures (rental real estate) | See page 13 |
| Code F. Other rental real estate credits | See page 14 |
| Code G. Other rental credits }See the Partner's Instructions | See page 14 |
| Code H. Undistributed capital gains credit | Schedule 3 (Form 1040), line 12, box a |
| Code I. Biofuel producer credit | See page 14 |
| Code J. Work opportunity credit | See page 14 |
| Code K. Disabled access credit | See page 14 |
| Code L. Empowerment zone employment credit | See page 14 |
| Code M. Credit for increasing research activities | See page 14 |
| Code N. Credit for employer social security and Medicare taxes | See page 14 |
| Code O Backup withholding | See page 14 |
| Code P Other credits | See page 14 |
| **16. Foreign transactions** | |
| Code A. Name of country or U.S. possession | Form 1116, Part I |
| Code B. Gross income from all sources | Form 1116, Part I |
| Code C. Gross income sourced at partner level | Form 1116, Part I |
| Foreign gross income sourced at partnership level | |
| Code D. Reserved for future use | |
| Code E. Foreign branch category | Form 1116, Part I |
| Code F. Passive category | Form 1116, Part I |
| Code G. General category | Form 1116, Part I |
| Code H. Other | Form 1116, Part I |
| Deductions allocated and apportioned at partner level | |
| Code I. Interest expense | Form 1116, Part I |
| Code J. Other | Form 1116, Part I |
| Deductions allocated and apportioned at partnership level to foreign source income | |
| Code K. Reserved for future use | |
| Code L. Foreign branch category | Form 1116, Part I |
| Code M. Passive category | Form 1116, Part I |
| Code N. General category | Form 1116, Part I |
| Code O. Other | Form 1116, Part I |
| Other information | |
| Code P. Total foreign taxes paid | Form 1116, Part II |
| Code Q. Total foreign taxes accrued | Form 1116, Part II |
| Code R. Reduction in taxes available for credit | Form 1116, line 12 |
| Code S. Foreign trading gross receipts | Form 8873 |
| Code T. Extraterritorial income exclusion | Form 8873 |
| Codes U and V. Reserved for future use | |
| Code W. Section 965 information | See page 15 |
| Code X. Other foreign transactions | See page 15 |
| Codes Y and Z. Reserved for future use | |
| Code AA. Gross receipts per Regulations 1.59A-7(e)(2)-current year | |
| Code AB. Gross receipts per Regulations 1.59A-7(e)(2)-first preceding year | |
| Code AC. Gross receipts per Regulations 1.59A-7(e)(2)-second preceding year | |

## List of Codes Used in Schedule K-1 (Form 1065) (continued)

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 16. Foreign transactions (continued) | |
| Code AD. Gross receipts per Regulations 1.59A-7(e )(2)-third preceding year | |
| Code AE. Base erosion tax benefits from base erosion tax payments per Regulations 1.59A-7(d). | |
| Code AF. Amounts included in the denominator of the base erosion percentage per Regulations 1.59A-2(e)(3)(i) | |
| Code AG. Section 951A (GILTI) information | |
| Code AH. Foreign-derived intangible income (FDII) information | |
| Code AI. Section 864(c)(8) foreign partner's distributive share of the deemed sale items on transfer of partnership interest | |
| 17. Alternative minimum tax (AMT) items | |
| Code A. Post-1986 depreciation adjustment | See Instructions for Form 6251 |
| Code B. Adjusted gain or loss | See Instructions for Form 6251 |
| Code C. Depletion (other than oil & gas) | See Instructions for Form 6251 |
| Code D. Oil, gas, and geothermal - gross income | See Instructions for Form 6251 |
| Code E. Oil, gas, and geothermal - deductions | See Instructions for Form 6251 |
| Code F. Other AMT items | See Instructions for Form 6251 |
| 18. Tax-exempt income and nondeductible expenses | |
| Code A. Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| Code B. Other tax-exempt income | See page 15 |
| Code C. Nondeductible expenses | See page 15 |
| 19. Distributions | |
| Code A. Cash and marketable securities | See page 15 |
| Code B. Distribution subject to section 737 | See page 16 |
| Code C. Other property | See page 16 |
| 20. Other information | |
| Code A. Investment income | Form 4952, line 4a |
| Code B. Investment expenses | Form 4952, line 5 |
| Code C. Fuel tax credit information | Form 4136 |
| Code D. Qualified rehabilitation expenditures (other than rental real estate) | See page 16 |
| Code E. Basis of energy property | See page 16 |
| Code F. Recapture of low-income housing credit for section 42(j)(5) partnerships | See page 16 |
| Code G. Recapture of low-income housing credit for other partnerships | See page 16 |
| Code H. Recapture of investment credit | See Form 4255 |
| Code I. Recapture of other credits | See page 16 |
| Code J. Look-back interest-completed long-term contracts | See Form 8697 |
| Code K. Look-back interest-income forecast method | See Form 8866 |
| Code L. Dispositions of property with section 179 deductions | See page 17 |
| Code M. Recapture of section 179 deduction | See page 17 |
| Code N. Business interest expense (information item) | See page 17 |
| Code O. Section 453(l)(3) information | Sch. 2 (Form 1040), line 8 |
| Code P. Section 453A(c) information | Sch. 2 (Form 1040), line 8 |
| Code Q. Section 1260(b) information | Sch. 2 (Form 1040), line 8 |
| Code R. Interest allocable to production expenditures | See Regulations sections 1.263A-8 through -15 |
| Code S. Capital construction fund (CCF) nonqualified withdrawals | Sch. 2 (Form 1040), line 10 |
| Code T. Depletion deduction | See Pub. 535 |
| Code U. Reserved for future use | |
| Code V. Unrelated business taxable income | See page 18 |

10540225 310492 7166.003          2020.02060 FORTUNE FILM FUND TWO, LL 7166.001

## List of Codes Used in Schedule K-1 (Form 1065) (continued)

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 20. Other information (continued) | |
| Code W. Precontribution gain (loss) | Form 8949 and/or Schedule D (Form 1040); or Form 4797 |
| Code Y. Net investment income | See Instructions for Form 8960 |
| Code Z. Section 199A information | Form 8995 or Form 8995-A |
| Code AA. Section 704(c) information | See page 18 |
| Code AB. Section 751 gain (loss) | See page 18 |
| Code AC. Section 1(h)(5) gain (loss) | See page 19 |
| Code AD. Deemed section 1250 unrecaptured gain | See page 19 |
| Code AE. Excess taxable income | See Instructions for Form 8990 |
| Code AF. Excess business interest income | See page 19 |
| Code AG. Gross receipts for section 448(c) | See page 19 |
| Code AH. Other information | See page 19 |
| 1. Any information a PTP needs to determine whether it meets the 90% qualifying income test of section 7704(c)(2) | See page 19 |
| 2. Any information you need to complete a disclosure statement for reportable transactions in which the partnership participates. | See page 19 |
| 3. Noncash charitable contributions. | See page 18 |
| 4. Interest and additional tax on compensation deferred under a section 409A nonqualified deferred compensation plan that doesn't meet the requirements of section 409A. | See page 18 |
| 5. Inversion gain. | See page 18 |
| 6. Qualifying advanced coal project property. | See page 18 |
| 7. Qualifying gasification project property. | See page 18 |
| 8. Qualifying advanced energy project property. | See page 18 |
| 9. The information needed to complete Schedule P (Form 1120-F), List of Foreign Partner Interests in Partnerships. | See page 19 |
| 10. Conservation reserve program payments. | See page 19 |
| 11. Any information you may need to comply with the limitation on excess business losses of certain taxpayers under section 461. | See page 19 |
| 12. If the partnership is a section 721(c) partnership, the partnership should include the amounts relating to any remedial items made under the remedial allocation method. | See page 19 |
| 13. Section 1061 information. | See page 19 |
| 14. Partner's share of the adjusted basis of noncash and capital gain property contributions, and share of the excess of the FMV over the adjusted basis of noncash and capital gain property contributions. | See page 19 |
| 15. Any other information you may need to file your return not shown elsewhere on Schedule K-1. | See page 20 |

| TAXABLE YEAR 2020 | **Member's Share of Income, Deductions, Credits, etc.** | 029421 12-15-20 CALIFORNIA SCHEDULE **K-1 (568)** |
|---|---|---|

```
TYB   01-01-2020   TYE   12-31-2020
```

█████████

```
LIVING TRUST OF JEFFREY B SPIEGEL
```

████████   ██   █████

```
82-2962142      201725610449
FORTUNE FILM FUND TWO LLC

2300 CONTRA COSTA BLVD SUITE 4
PLEASANT HILL     CA  94523
```

**A** What type of entity is this member? ● See instructions.

- (1) ☐ Individual
- (2) ☐ S Corporation
- (3) ☒ Estate/Trust
- (4) ☐ C Corporation
- (5) ☐ General Partnership
- (6) ☐ Limited Partnership
- (7) ☐ LLP
- (8) ☐ LLC
- (9) ☐ IRA/Keogh/SEP
- (10) ☐ Exempt Organization
- (11) ☐ Disregarded Entity

**B** Is this member a foreign member? ● ☐ Yes ☒ No

**C** Enter member's percentage (without regard to special allocations) of:

| | (i) Beginning | (ii) Ending |
|---|---|---|
| Profit | 1.2022 % ● | 1.2022 % |
| Loss | 1.2022 % ● | 1.2022 % |
| Capital | 2.4253 % ● | 2.4253 % |

**D** Member's share of liabilities:

| | (i) Beginning | (ii) Ending |
|---|---|---|
| Nonrecourse | $ 00 ● | $ 00 |
| Qualified nonrecourse financing | $ 00 ● | $ 00 |
| Recourse | $ 0 00 ● | $ 0 00 |

**E** Reportable transaction or tax shelter registration number(s)

**F (1)** Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ◉ ☐

**(2)** Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ◉ ☐

**G** Check here if this is: ● **(1)** ☐ A final Schedule K-1 (568) **(2)** ☐ An amended Schedule K-1 (568)

**H** Is this member a resident of California? ● ☒ Yes ▶ ☐ No

029422 12-15-20

**Member's name**
LIVING TRUST OF JEFFREY B. SPIEGEL

**Member's identifying number**

**I** Analysis of member's capital account: Check the box ● **(1)** ☒ Tax Basis   **(2)** ☐ GAAP **(3)** ☐ IRC Section 704(b) Book **(4)** ☐ Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● 200,000 | ● | ● | ● ( ) | ● 200,000 |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| | **1** Ordinary income (loss) from trade or business activities | | | ● | ► |
| | **2** Net income (loss) from rental real estate activities | | | ● | ► |
| | **3** Net income (loss) from other rental activities | | | ◉ | ◉ |
| | **4** Guaranteed payments to members | | | ● | ► |
| | **5** Interest income | | | ● | |
| | **6** Dividends | | | ● | ► |
| | **7** Royalties | | | ● | ► |
| | **8** Net short-term capital gain (loss) | | | ● | ► |
| | **9** Net long-term capital gain (loss) | | | ● | ► |
| | **10 a** Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ► |
| | **b** Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ► |
| | **11 a** Other portfolio income (loss). Attach schedule | | | ● | ► |
| | **b** Total other income | | | ● | ► |
| | **c** Total other loss | | | ● | ► |
| | **12** Expense deduction for recovery prop. (IRC Section 179) | | | | |
| | **13 a** Charitable contributions | | | | |
| | **b** Investment interest expense | | | | |
| | **c 1** Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | **2** Type of expenditures | | | | |
| | **d** Deductions related to portfolio income | | | | |
| | **e** Other deductions | | | | |

Income (Loss)

Deductions

029423 12-15-20

| Member's name | Member's identifying number |
|---|---|
| LIVING TRUST OF JEFFREY B. SPIEGEL | |

| | (a)<br>Distributive share items | (b)<br>Amounts from<br>federal Schedule K-1<br>(1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c) | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| **Credits** | **15 a** Total withholding (equals amount on Form 592-B if calendar year LLC) ..... | | | ● | ▶ |
| | **b** Low-income housing credit ........... | | | | |
| | **c** Credits other than line 15b related to rental real estate activities ............. | | | | |
| | **d** Credits related to other rental activities ....... | | | | |
| | **e** Nonconsenting nonresident member's tax paid by LLC ........... | | | | |
| | **f** Other credits - Attach required schedules or statements ............ | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Depreciation adjustment on property placed in service after 1986 ......... | | | ◉ | ◉ |
| | **b** Adjusted gain or loss ........ | | | | |
| | **c** Depletion (other than oil & gas) .......... | | | | |
| | **d** Gross income from oil, gas, and geothermal properties ............ | | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties ............ | | | | |
| | **f** Other alternative minimum tax items ......... | | | | |
| **Tax-exempt Income and Nondeductible Expenses** | **18 a** Tax-exempt interest income ........... | | | | |
| | **b** Other tax-exempt income ........... | | | | |
| | **c** Nondeductible expenses .......... | | | | |
| **Distributions** | **19 a** Distributions of money (cash and marketable securities) ........... | | | ◉ | |
| | **b** Distributions of property other than money | | | ◉ | |
| **Other Information** | **20 a** Investment income ........... | | | | |
| | **b** Investment expenses ........... | | | | |
| | **c** Other information. See instructions ... | | | | |

029424  12-15-20

| Member's name | Member's identifying number |
|---|---|
| LIVING TRUST OF JEFFREY B. SPIEGEL | ███████████ |

**Other Member Information**

**Table 1** - Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

Interest ... $ _____   Sec. 1231 Gains/Losses  $ _____   Capital Gains/Losses $ _____

Dividends $ _____   Royalties .......... $ _____   Other .......... $ _____

FOR USE BY MEMBERS ONLY - See instructions.

**Table 2** - Member's share of distributive items.

A.  Member's share of the LLC's income. See instructions.  $ _____

B.  Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

Capital Gains/Losses .......... $ _____   Rents/Royalties .......... $ _____

Sec. 1231 Gains/Losses .......... $ _____   Other .......... $ _____

C.  Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning .......... | $ _____ | $ _____ |
| Property: Ending .......... | $ _____ | $ _____ |
| Property: Annual rent expense .......... | $ _____ | $ _____ |
| Payroll .......... | $ _____ | $ _____ |
| Sales .......... | $ _____ | $ _____ |

82-2962142

```
CA SCHEDULE K-1                    FOOTNOTES
```

---

OTHER INFORMATION, BOX 20, CODE AH

---

THE PARTNERSHIP IS TAKING THE POSITION THAT IT IS AN EQUITY-
FINANCED LENDER ENGAGED IN THE TRADE OR BUSINESS OF LENDING
MONEY AND THEREFORE PASSIVE INVESTORS ARE SUBJECT TO
RECHARACTERIZATION RULES UNDER TEMPORARY REG. SECTION
1.469-2T(F)(4).

PASSIVE INCOME DERIVED FROM EQUITY-FINANCED LENDING MUST BE
RECHARACTERIZED AND EXCLUDED FROM PASSIVE ACTIVITY INCOME.
THE PARTNERSHIP IS REQUIRED TO IDENTIFY THE LESSER OF
EQUITY-FINANCED INTEREST INCOME OR NET PASSIVE INCOME FROM
THE EQUITY-FINANCED LENDING ACTIVITY. THE LESSER OF THE
EQUITY-FINANCED INTEREST INCOME OR THE NET PASSIVE INCOME
IS NONPASSIVE (PORTFOLIO) INCOME.

RECHARACTERIZED NON-PASSIVE INCOME                              0.

YOUR INDIVIDUAL SITUATION MAY VARY, CONSULT YOUR TAX
ADVISOR FOR PROPER TREATMENT.

HELPFUL RESOURCES:
REGULATIONS SECTION 1.469-2T(F)
REGULATIONS SECTION 1.469-2(F)
IRS PUBLICATION 925

PER IRS NOTICE 2020-43, THE PARTNERSHIP IS REQUIRED TO
REPORT TAX BASIS CAPITAL ACCOUNTS ON SCHEDULE K-1, PART L.
YOUR BEGINNING AND ENDING TAX CAPITAL IN PART L REFLECTS THE
ESTIMATED TAX BASIS FOR THE TAX YEAR. ANY CHANGE IN
BEGINNING CAPITAL HAS NO ECONOMIC CONSEQUENCE. IT IS
STRICTLY A CHANGE IN REPORTING.

THE CAPITAL ACCOUNT REPORTED ON YOUR K-1 WILL DIFFER FROM
THE STATEMENT YOU RECEIVED.  THE STATEMENT IS ON AN ACCRUAL
BASIS WHILE THE TAX RETURN IS ON A CASH BASIS.

PLEASE CONSULT YOUR TAX ADVISOR WITH ANY QUESTIONS.