UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN CARTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY SPIEGEL, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03990-TSH<br><br>**ADMINISTRATIVE ORDER CLOSING CASE** |

　　　　Having granted Defendants' motion to compel arbitration, there appears to be no further reason at this time to maintain this matter as an open one for statistical purposes. Accordingly, the Clerk is instructed to terminate the case. Nothing contained in this entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

　　　　**IT IS SO ORDERED.**

Dated: March 11, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge