UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAC ADVISORY GROUP, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KAZVO "JOSEPH" NANYA,<br><br>    Defendant. | Case No. 22-cv-04327-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On July 27, 2022, Plaintiffs filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Honorable Thomas S. Hixson to determine whether it is related to *Carter v. Spiegel*, 21-cv-3990-TSH.

**IT IS SO ORDERED.**

Dated: August 16, 2022

_____
Donna M. Ryu
United States Magistrate Judge