LOFTUS & EISENBERG, LTD.
ALEXANDER N. LOFTUS, ESQ. (#630384)
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
alex@loftusandeisenberg.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN CARTER, on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br>v.<br><br>JEFFREY SPIEGEL and RYAN SPIEGEL,<br><br>        Defendants. | CASE NO.: 21-CV-03990 TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Jocelyn Carter voluntarily dismisses with prejudice the above-entitled action against Defendants Jeffrey Spiegel and Ryan Spiegel ("Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

**IT IS SO ORDERED.**

Dated: __December 16__, 2025

                                              Thomas S. Hixson
                                              United States Magistrate Judge